Daisy Liddell, appellee, v. Western Life Insurance Company, appellant. Gen. No. 31,889.

Action on life insurance policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the

first district at the March term, 1927. Reversed and remanded. Opinion filed November 15, 1927.

Bogolub & Bogolub and John V. Sees, for appellant. McKinley, Killinger & Babb, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.